UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| AVILA FLORES, Reyna Isabel<br><br>    Plaintiff,<br><br>        v.<br><br>RABABEH, Kheder and RABABEH, Imad<br><br><br>    Defendants | Civ. No: 1:15-cv-1415-TSE-TCB<br><br><br><br>**Hearing Date**: March 18, 2016<br>                                    10:00 am. |

**Motion for Default Judgment**

Under Rule 55(b)(2) of the Federal Rules of Civil Procedure, if a defendant fails to plead or otherwise respond to a lawsuit against him, the Court may enter default judgment in favor of the plaintiff. The defendants in this case, Kheder and Imad Rababeh, have not filed any responsive pleading by January 13, the deadline set by the Court. Plaintiff Reyna Avila is thus entitled to judgment in her favor because:

- The Court has personal jurisdiction over the defendants, and subject-matter jurisdiction over the claims pled in her amended complaint;

- The defendants were properly served;

- The amended complaint alleges facts establishing all necessary elements of those claims; and;

- The amended complaint alleges facts establishing the amount of damages Ms. Avila is owed.

The attached Memorandum of Law sets out the facts and law showing that Ms. Avila is entitled to default judgment. The factual contentions are further supported by a declaration from Ms. Avila.

WHEREFORE, Plaintiff Reyna Avila respectfully requests that the Court enter default judgment in her favor.

Respectfully submitted this 1st day of March, 2016,

//s// Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB #89795)
Simon Y. Sandoval-Moshenberg (VSB #77110)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
Email: nicholas@justice4all.org

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| AVILA FLORES, Reyna Isabel<br><br>Plaintiff,<br><br>v.<br><br>RABABEH, Kheder and RABABEH, Imad<br><br>Defendants | Civ. No: 1:15-cv-1415-TSE-TCB<br><br><br>Hearing Date: March 18, 2016<br>10:00 am. |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Default Judgment, a Notice of Motion, a Proposed Order, a supporting Memorandum of Law, and the exhibits attached thereto, with the Clerk of the Court via the CM/ECF system on March 1, 2016.

I hereby certify that I have mailed the foregoing documents by First-Class Mail on March 1, 2016 to the following non-CM/ECF participants at their last known addresses:

| | |
|---|---|
| Kheder Rababeh<br>5006 Terrell St.<br>Annandale, VA 22003 | Imad Rababeh<br>5006 Terrell St.<br>Annandale, VA 22003 |

                                        //s// Nicholas Cooper Marritz
                                        Nicholas Cooper Marritz (VSB #89795)
                                        Simon Y. Sandoval-Moshenberg (VSB #77110)
                                        LEGAL AID JUSTICE CENTER
                                        6066 Leesburg Pike, Suite 520
                                        Falls Church, VA 22041
                                        Tel: (703) 720-5607
                                        Fax: (703) 778-3454
                                        Email: nicholas@justice4all.org