**Alert to corporations regarding unsolicited mailings from VIRGINIA COUNCIL FOR CORPORATIONS is available from the Bulletin Archive link of the Clerk's Office website.**

SCC Home |
Contact SCC |
Site Map |
Search



*Commonwealth of Virginia*
**State Corporation Commission**



Virginia.gov

```
                                                                    01/24/16
    LLCM3230              LLC STATUS HISTORY                        17:22:10

    LLC ID:    S374981 - 1    LLC STATUS: 19 CANC (AUTO DATE: 11/30/13
    LLC NAME:  MOUNT OF LEBANON RESTURANT LLC


                    S T A T U S     H I S T O R Y
             OLD STATUS DATE            OLD STATUS
                 09/01/13            01 FEE DELINQUENT
                 10/19/12            00 ACTIVE
                 09/01/12            01 FEE DELINQUENT
                 08/24/11            00 ACTIVE
```

(Screen Id:/LLC_Status_History_Inquiry)



EXHIBIT
C

**Alert to corporations regarding unsolicited mailings from VIRGINIA COUNCIL FOR CORPORATIONS is available from the Bulletin Archive link of the Clerk's Office website.**

SCC Home |
Contact SCC |
Site Map |
Search



Commonwealth of Virginia
**State Corporation Commission**

Virginia.gov

```
                                                                    01/24/16
           LLCM3220              LLC DATA INQUIRY                   17:10:01
   LLC ID:  S374981 - 1  STATUS: 19  CANC (AUTO-FEE)  STATUS DATE: 11/30/13
   LLC NAME:  MOUNT OF LEBANON RESTURANT LLC

DATE OF FILING: 08/24/2011  PERIOD OF DURATION:          INDUSTRY CODE: 00
STATE OF FILING: VA VIRGINIA               MERGER INDICATOR:
                             CONVERSION/DOMESTICATION INDICATOR:
                    P R I N C I P A L    O F F I C E    A D D R E S S
       STREET:  2922 ANNANDALE RD

         CITY:  FALLS CHURCH            STATE: VA  ZIP: 22042-0000
             R E G I S T E R E D    A G E N T    I N F O R M A T I O N
     R/A NAME:  KHEDER RABABEH

       STREET:  2922 ANNANDALE RD
                                                          RTN MAIL:
         CITY:  FALLS CHURCH            STATE: VA  ZIP: 22042-0000
   R/A STATUS: 1 MEMBER/MANAGER   EFF DATE: 08/24/11  LOC: 129  FAIRFAX COUNTY
         YEAR        FEES         PENALTY      INTEREST       BALANCE
          13        50.00          25.00                       75.00
```

(Screen Id:/LLC_Data_Inquiry)