

| Workweek Beginning* | Workweek Ending* | Amount Defendants Paid Plaintiff** | Hours Plaintiff Worked | Plaintiff's Regular Rate (Weekly Wage ÷ Hours Worked) | Plaintiff's Overtime Rate (Regular Rate x 1.5) | Minimum Wages Owed for First 40 Hours Worked (40 x $7.25) – (Amount Paid) | Overtime Wages Owed (First 40 Hours x Regular Rate) + (Overtime Hours Worked x Overtime Rate) – (Amount Paid) | Total Weekly Wages Owed to Plaintiff |
|---|---|---|---|---|---|---|---|---|
| 10/31/2012 | 11/5/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/7/2012 | 11/19/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/7/2012 | 11/19/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/21/2012 | 11/26/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/28/2012 | 12/3/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/5/2012 | 12/10/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/12/2012 | 12/17/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/19/2012 | 12/24/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/26/2012 | 12/31/2012 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/2/2013 | 1/7/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/9/2013 | 1/14/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/16/2013 | 1/21/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/23/2013 | 1/23/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/30/2013 | 2/4/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/6/2013 | 2/11/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/13/2013 | 2/18/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/20/2013 | 2/25/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/27/2013 | 3/4/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/6/2013 | 3/11/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/13/2013 | 3/18/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/20/2013 | 3/25/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/27/2013 | 4/1/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/3/2013 | 4/8/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/10/2013 | 4/15/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/17/2013 | 4/22/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/24/2013 | 4/29/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/1/2013 | 5/6/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |

| Date | | Amount | Num | Fee | Tax | Other | Net |
|---|---|---|---|---|---|---|---|
| 5/8/2013 | 5/13/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 5/15/2013 | 5/20/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 5/22/2013 | 5/27/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 5/29/2013 | 6/3/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/5/2013 | 6/10/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/12/2013 | 6/17/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/19/2013 | 6/24/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/26/2013 | 7/1/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/3/2013 | 7/8/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/10/2013 | 7/15/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/17/2013 | 7/22/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/24/2013 | 7/29/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/31/2019 | 8/5/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 8/7/2013 | 8/12/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 8/14/2013 | 8/19/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 8/21/2013 | 8/26/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 8/28/2013 | 9/2/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 9/4/2013 | 9/9/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 9/11/2013 | 9/16/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 9/18/2013 | 9/23/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 9/25/2013 | 9/30/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 10/2/2013 | 10/7/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 10/9/2013 | 10/14/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 10/16/2013 | 10/21/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 10/23/2013 | 10/28/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 10/30/2013 | 11/4/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 11/6/2013 | 11/11/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 11/13/2013 | 11/18/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 11/20/2013 | 11/25/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 11/27/2013 | 12/2/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 12/4/2013 | 12/9/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 12/11/2013 | 12/16/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 12/18/2013 | 12/23/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |
| 12/25/2013 | 12/30/2013 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/1/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/6/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/8/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/13/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/15/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/20/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/22/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/27/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/29/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/3/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/5/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/10/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/12/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/17/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/19/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/24/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/26/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/3/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/5/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/10/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/12/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/17/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/19/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/24/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/26/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/31/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/2/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/7/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/9/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/14/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/16/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/21/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/23/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/28/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/30/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/5/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/7/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/12/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/14/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/19/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/21/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/26/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 5/28/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/2/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/4/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/9/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/11/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/16/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/18/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/23/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/25/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 6/30/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/2/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/7/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/9/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/14/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/16/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/22/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/23/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/28/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 7/30/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 8/4/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 8/6/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 8/11/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 8/13/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 8/18/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 8/20/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 8/25/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |

| Date | Date | Amount | Count | Fee | Fee | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/27/2014 | 9/1/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 9/3/2014 | 9/8/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 9/10/2014 | 9/15/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 9/17/2014 | 9/22/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 9/24/2014 | 9/29/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 10/1/2014 | 10/6/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 10/8/2014 | 10/13/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 10/15/2014 | 10/20/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 10/22/2014 | 10/27/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 10/29/2014 | 11/3/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/5/2014 | 11/10/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/12/2014 | 11/17/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/19/2014 | 11/24/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 11/26/2014 | 12/1/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/3/2014 | 12/8/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/10/2014 | 12/15/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/17/2014 | 12/22/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/24/2014 | 12/29/2014 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 12/31/2014 | 1/5/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/7/2015 | 1/12/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/14/2015 | 1/19/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/21/2015 | 1/26/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 1/28/2015 | 2/2/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/4/2015 | 2/9/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/11/2015 | 2/16/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/18/2015 | 2/23/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 2/25/2015 | 3/2/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/4/2015 | 3/9/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/11/2015 | 3/16/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/18/2013 | 3/23/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 3/25/2015 | 3/30/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/1/2015 | 4/6/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/8/2015 | 4/13/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |
| 4/15/2015 | 4/20/2015 | $650.00 | 72 | $9.02 | $13.53 | $0.00 | $143.67 | $143.67 |

## Plaintiff's Total Wages Owed:
## With An Additional Equal Amount As Liquidated Damages

| Week Start | Week End | Hours | Wages Paid | Regular Rate | Overtime Rate | Wages Owed | Total |
|---|---|---|---|---|---|---|---|
| 4/22/2015 | 4/27/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 4/29/2015 | 5/4/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 5/6/2015 | 5/11/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 5/13/2015 | 5/18/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 5/20/2015 | 5/25/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 5/27/2015 | 6/1/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/3/2015 | 6/8/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/10/2015 | 6/15/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/17/2015 | 6/22/2016 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 6/24/2015 | 6/29/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/1/2015 | 7/6/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/8/2015 | 7/13/2015 | 72 | $650.00 | $9.02 | $13.53 | $0.00 | $143.67 |
| 7/15/2015 | 7/20/2015 | 72 | $265.00 | $9.02 | $13.53 | $25.00 | $457.96 |
| 7/22/2015 | 7/27/2015 | 72 | $0 | $9.02 | $13.53 | $290.00 | $722.96 |
| 7/29/2015 | 8/3/2015 | 72 | $0 | $9.02 | $13.53 | $290.00 | $722.96 |
| 8/5/2015 | 8/10/2015 | 72 | $0 | $9.02 | $13.53 | $290.00 | $432.96 |
| 8/12/2015 | 8/17/2015 | 67 | $0 | $9.02 | $13.53 | $290.00 | $365.31 |

| | |
|---|---|
| | $23,395.95 |
| | $46,791.90 |

*Defendants have provided no pay records. Amounts are based on Plaintiff's recollection, using her normal work schedule. Plaintiff's work-week began on Wednesday and ended on Monday. She worked 12 hours a day (10 am. – 10 pm.), except for her last day of work, when she left at 3 pm.

**During her last five weeks of work, Defendants paid Plaintiff no wages apart from a single payment of $265. Plaintiff does not remember in what week this lone payment occurred. For purposes of this spreadsheet, this payment has been placed in the week of 7/15/2015–7/20/2015.