UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| AVILA FLORES, Reyna Isabel<br><br>Plaintiff,<br><br>v.<br><br>RABABEH, Kheder and RABABEH, Imad<br><br><br>Defendants | Civ. No: 1:15-cv-1415-TSE-TCB |

**Proposed Judgment Order**

Upon consideration of Plaintiffs' Motion for Default Judgment, it is hereby ORDERED that:

1. Judgment shall be entered in favor of the Plaintiff and against Defendants Kheder Rababeh and Imad Rababeh, jointly and severally, in the amount of $46,791.90

2. Plaintiff shall be entitled to interest on her judgment at the federal judgment rate, starting on the day the judgment is entered.

3. Plaintiff's counsel, the Legal Aid Justice Center, is entitled to costs and attorneys' fees, and shall file a Motion for Attorneys' Fees within fourteen days of the entry of this Order.

_____, 2016        _____
                                            United States District Court Judge