UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

REYNA ISABEL AVILA FLORES,  )
          Plaintiff,        )
                            )
                            )
                            )
          v.                )  Civ. No. 1:15cv1415
                            )
KHEDER RABABEH, et al.,     )
          Defendants.       )
                            )

## ORDER

THIS MATTER came before the Court for hearing on plaintiff's Motion for Default Judgment. At the hearing, defendant Imad Rababeh appeared pro se and expressed his desire to retain an attorney and defend this case. This Court interprets defendant's actions as a Motion for Leave to File a Late Answer. Upon consideration thereof, it is hereby

ORDERED that defendant's Motion is GRANTED. Both defendants have until April 8, 2016 to file an appropriate responsive pleading that accords with the Federal Rules of Civil Procedure. If a defendant files an appropriate responsive pleading by that date, default will be removed as to that defendant. If no responsive pleading is filed, such defendant will remain in default.

ENTERED this 18th day of March, 2016.

_____/s/_____
Theresa Carroll Buchanan
United States Magistrate Judge
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia