UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

REYNA ISABEL AVILA FLORES,  )
    Plaintiff,  )
    )
    )
v.  )  Civ. No. 1:15cv1415
    )
KHEDER RABABEH, et al.,  )
    Defendants.  )
    )

## ORDER

THIS MATTER comes before the Court on defendant Imad Rababeh's letter to the Court (Dkt. 21). This letter attaches a letter from defendant Imad Rababeh's attorney, Michael Hadeed Jr., which requests an extension until the end of April to file an appropriate responsive pleading. Upon consideration of the pleadings, including plaintiff's opposition, it is hereby

ORDERED that defendant Imad Rababeh has until Monday, May 2, 2016 to file an appropriate responsive pleading that accords with the Federal Rules of Civil Procedure. If defendant Imad Rababeh files an appropriate responsive pleading by that date, default will be removed as to him. If no responsive pleading is filed, he will remain in default.

ENTERED this 14th day of April, 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia