UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| AVILA FLORES, Reyna Isabel<br><br>Plaintiff,<br><br>v.<br><br>RABABEH, Kheder and RABABEH, Imad<br><br><br><br>Defendants | Civ. No: 1:15-cv-1415-TSE-TCB |

**NOTICE OF DISMISSAL OF CLAIMS**
**AGAINST DEFENDANT IMAD RABABEH ONLY**

No answer or responsive pleading having been filed in this case, Plaintiff Reyna Avila hereby dismisses her claims against Defendant Imad Rababeh with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Her claims against Defendant Kheder Rababeh remain pending.

Respectfully submitted,

LEGAL AID JUSTICE CENTER

By: //s// Nicholas Cooper Marritz            Date: April 29, 2016
Nicholas Cooper Marritz (VSB No. 89795)
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 778-3450 x 607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for plaintiff*

1

## Certificate of Service

I hereby certify that I uploaded this document to the Court's CM/ECF system today, April 29, 2016, causing a notice of electronic filing to be sent to Defendant Imad Rababeh's counsel:

>Michael Hadeed, Jr
>Hadeed Law Group, P.C.
>510 King Street, Suite 400
>Alexandria, VA 22314
>Tel: 703.962.7452
>Fax: 703.962.7473
>michael@hadeedlaw.com

I sent a copy to the following non-CM/ECF parties today by U.S. Mail:

>Kheder Rababeh
>5006 Terrell St.
>Annandale, VA 22003

//s// Nicholas Cooper Marritz          Date: April 29, 2016
Nicholas Cooper Marritz (VSB No. 89795)
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 778-3450 x 607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for plaintiff*