UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

AVILA FLORES, Reyna Isabel

Plaintiff,

v.

RABABEH, Kheder and RABABEH, Imad

Defendants

Civ. No: 1:15-cv-1415-TSE-TCB

## NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT IMAD RABABEH ONLY

No answer or responsive pleading having been filed in this case, Plaintiff Reyna Avila hereby dismisses her claims against Defendant Imad Rababeh with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Her claims against Defendant Kheder Rababeh remain pending.

Respectfully submitted,

LEGAL AID JUSTICE CENTER

By: //s// Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB No. 89795)
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 778-3450 x 607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for plaintiff*

Date: April 29, 2016

So Ordered

/s/ [signature] 4/29/16
T. S. Ellis, III
United States District Judge

1