IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

REYNA ISABEL AVILA FLORES, )
    Plaintiff, )
     )
v. ) Civil Action No. 1:15cv1415
     )
KHEDER RABABEH, )
    Defendant. )

### JUDGMENT ORDER

Upon consideration of the June 15, 2016 Report and Recommendation of the United States Magistrate Judge, no objections having been filed, and upon an independent *de novo* review of the record,

It is hereby **ORDERED** that the Court **ADOPTS** as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the June 15, 2016 Report and Recommendation.

Accordingly, it is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff Reyna Isabel Avila Flores and against defendant Kheder Rababeh in the total amount of $55,811.48.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
July 12, 2016

/s/
T. S. Ellis, III
United States District Judge