IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Reyna Isabel Avila Flores,      )
                                )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No. 1:15cv1415-TSE-TCB
                                )
Kheder Rababeh, et al.,         )
                                )
    Defendants.                 )

## JUDGMENT

Pursuant to the order of this Court entered on July 13th, 2016 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered by Default in favor of the Plaintiff, Reyna Isabel Avila Flores and against the Defendant, Kheder Rababeh in the total amount of $55,811.48.

FERNANDO GALINDO, CLERK OF COURT

By: _____
         Deputy Clerk

Dated: July 13th, 2016
Alexandria, Virginia